United States District Court
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES | UNITED STATES' WITNESS LIST |
|---|---|
| v. | CASE NO. 19-10016-CR-MOORE/LOUIS |

| PRESIDING JUDGE<br><br>Hon. K. Michael Moore | ASSISTANT UNITED STATES ATTORNEYS<br><br>Lindsey Lazopoulos Friedman & Yisel Valdes | DEFENSE ATTORNEY<br><br>Stewart Abrams |
|---|---|---|
| TRIAL DATE(S)<br><br>09/27/2021 | COURT REPORTER<br><br>Glenda Powers | COURTROOM DEPUTY<br><br>Christine Weech |

| USA. NO. | | | | | | WITNESS NAME |
|---|---|---|---|---|---|---|
| 1 | | | | | | Eileen Lam |
| 2 | | | | | | Dorothy Brown |
| 3 | | | | | | Dorothy Bates |
| 4 | | | | | | Chase Ruble |
| 5 | | | | | | Karen Webster |
| 6 | | | | | | Kathleen Tucker |
| 7 | | | | | | Kathleen Houser |
| 8 | | | | | | Thomas Ventura |
| 9 | | | | | | Department of Homeland Security Task Force Officer Millard Quad |
| 10 | | | | | | Tristan Vergara |
| 11 | | | | | | James Sweeting |
| 12 | | | | | | Department of Homeland Security Special Agent Daniel C. Wise |
| 13 | | | | | | Department of Homeland Security Special Agent Joshua Severson |
| 14 | | | | | | Florida Department of Law Enforcement Analyst William Nugent |