United States District Court
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES | UNITED STATES' EXHIBIT LIST |
|---|---|
| v. | CASE NO. 19-10016-CR- MOORE/LOUIS |
| SEAN KERWIN BINDRANAUTH | |

| PRESIDING JUDGE | | ASSISTANT UNITED STATES ATTORNEYS | DEFENSE ATTORNEY |
|---|---|---|---|
| Hon. K. Michael Moore | | Lindsey Lazopoulos Friedman & Yisel Valdes | Stewart Abrams |
| TRIAL DATE(S) | | COURT REPORTER | COURTROOM DEPUTY |
| 09/27/2021 | | Glenda Powers | Christine Weech |

| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| **IBERIA BANK** | | | | | |
| 100 | | 9/27 | X | X | Account Agreement |
| 101 | | 9/27 | X | X | Iberia Bank Statement 9/6/2018 |
| 102 | | 9/27 | X | X | Iberia Bank Statement 10/5/2018 |
| 103 | | 9/27 | X | X | Iberia Bank Statement 11/2018 |
| 104 | | 9/27 | X | X | Account Closing |
| 105 | | 9/27 | X | X | Composite Exhibit: Checks |
| 106 | | 9/27 | X | X | Composite Exhibit: Wire Transfer Inquiries |
| 107, 107A-F | | 9/27 | X | X | Composite Exhibit: Matching Deposits and Video Screenshots created by Eileen Lam |
| 108 | | 9/27 | X | X | Incoming Wire from Dorothy Brown |
| 109 | | 9/27 | X | X | Incoming Wire from Karen Webster |
| 110 | | 9/27 | X | X | Incoming Wire from Judith Hall |

| | | | | | |
|---|---|---|---|---|---|
| 111 | | 9/27 | X | X | Outgoing Wire from Iberia Bank by Sean Bindranauth |
| 112 | | 9/27 | X | X | Check in Sean Bindranauth Iberia Bank Account |
| **WESTERN UNION AND MONEYGRAM RECORDS** | | | | | |
| 200 | | 9/28 | X | X | Western Union Key West Records (USB) |
| 201 | | 9/28 | X | X | Western Union Bindranauth Records (USB) |
| 202 | | 9/28 | X | X | Western Records for Identified Individuals (USB) |
| 203 | | 9/28 | X | X | MoneyGram Records Key West Nigeria (USB) |
| 204 | | 9/28 | X | X | MoneyGram Records for Identified Individuals (USB) |
| 205 | | 9/28 | X | X | MoneyGram Records for Identified Individuals in Nigeria (USB) |
| 206 | | 9/28 | X | X | Detail of Exhibit 201: Chase Ruble Western Union Wire |
| 208 | | 9/28 | X | X | Detail: Sean Bindranauth Outgoing Ruble Wire |
| 209 | | 9/28 | X | X | Detail Patrick Lynch Outgoing Western Union Wire |
| 210 | | 9/28 | X | X | Detail James Sweeting: Moneygram Wire |
| 211 | | 9/28 | X | X | Detail: Outgoing Justin Burge Wire |
| 212 | | 9/28 | X | X | Detail Ian McMahon Outgoing Western Union |
| 213 | | 9/28 | X | X | Detail of Exhibit 203: Outgoing MoneyGram Wire Sent by Tristan Vergara |
| 214 | | 9/28 | X | X | Detail of Exhibit 200: Outgoing Western Union Wire Sent by Tristan Vergara |
| **FACEBOOK & TEXT MESSAGES** | | | | | |
| 300 | | 9/28 | X | X | Bindranauth's Phone May 2019 (Photo) |
| 301A-N | | 9/28 | X | X | Photos of Conversation on Phone May 2019 |
| 302 | | 9/29 | X | X | Bindranauth's Phone September 2019 (Photo) |
| 303A-VVVV | | 9/29 | X | X | Photos of Conversation on Phone September 2019 |

| 304 |  | 9/28 | X | X | Cellebrite Extraction Report 1 |
|---|---|---|---|---|---|
| 305 |  | 9/28 | X | X | Cellebrite Extraction Report 2 |
| 306 |  | 9/28 | X | X | Ful Facebook Account 1 (USB) |
| 307 |  | 9/28 | X | X | Full Facebook Account 2 (USB) |
| 308 |  | 9/28 | X | X | Detail Facebook |
| 309 |  | 9/28 | X | X | Detail Facebook |
| 310 |  | 9/28 | X | X | Detail Facebook |
| 311 |  | 9/28 | X | X | Detail Facebook |
| 312 |  | 9/28 | X | X | Detail Facebook |
| 313 |  | 9/28 | X | X | Detail Facebook |
| 314 |  | 9/28 | X | X | Detail Facebook |
| 315 |  | 9/28 | X | X | Detail Facebook |
| 316 |  | 9/28 | X | X | Detail Facebook |
| 317 |  | 9/28 | X | X | Detail Facebook |
| 318 |  | 9/28 | X | X | Detail Facebook |
| 319 |  | 9/28 | X | X | Detail Facebook |
| 320 |  | 9/28 | X | X | Detail Facebook |
| 321 |  | 9/28 | X | X | Detail Facebook |
| 322 |  | 9/28 | X | X | Detail Facebook |
| 323 |  | 9/28 | X | X | Detail Facebook |
| 324 |  | 9/28 | X | X | Detail Facebook |
| 325 |  | 9/28 | X | X | Detail Facebook |

| 326 |  | 9/28 | X | X | Detail Facebook |
| 327 |  | 9/28 | X | X | Detail Facebook |
| 328 |  | 9/28 | X | X | Detail Facebook |
| 329 |  | 9/28 | X | X | Detail Facebook |
| 331 |  | 9/28 | X | X | Detail Facebook |
| 332 |  | 9/28 | X | X | Detail Facebook |
| 333 |  | 9/28 | X | X | Detail Facebook |
| 334 |  | 9/28 | X | X | Detail Facebook |
| 335 |  | 9/28 | X | X | Detail Facebook |
| 336 |  | 9/28 | X | X | Detail Facebook |
| 337 |  | 9/28 | X | X | Detail Facebook |
| 338 |  | 9/28 | X | X | Detail Facebook |
| 339 |  | 9/28 | X | X | Detail Facebook |
| 340 |  | 9/28 | X | X | Detail: Facebook |
| 341 |  | 9/28 |   | X | Detail Facebook |
| 342 |  | 9/28 | X | X | Detail Facebook |
| 343 |  | 9/28 | X | X | Detail Facebook |
| 344 |  | 9/28 | X | X | Detail Facebook |
| 345 |  | 9/28 | X | X | Detail Facebook |
| 346 |  | 9/28 | X | X | Detail Facebook |
| 347 |  | 9/28 | X | X | Detail Facebook |
| 348 |  | 9/28 | X | X | Detail Facebook |
| 349 |  | 9/28 | X | X | Detail Facebook |
| 350 |  | 9/28 | X | X | Detail Facebook |
| 351 |  | 9/28 | X | X | Detail Facebook |

| | | | | | |
|---|---|---|---|---|---|
| 352 | | 9/28 | X | X | Detail Facebook |
| 353 | | 9/28 | X | X | Detail Facebook |
| 354 | | 9/28 | X | X | Detail Facebook |
| 356 | | 9/28 | X | X | Detail Facebook |
| 357 | | 9/28 | X | X | Detail Facebook |
| 358 | | 9/28 | X | X | Detail Facebook |
| 359 | | 9/28 | X | X | Detail Facebook |
| 360 | | 9/28 | X | X | Detail Facebook |
| 361 | | 9/28 | X | X | Detail Facebook |
| 362 | | 9/28 | X | X | Detail Facebook |
| 363 | | 9/28 | X | X | Detail Facebook |
| 364 | | 9/28 | X | X | Detail Facebook |
| **MONROE COUNTY TEACHERS' CREDIT UNION RECORDS** | | | | | |
| 400 | | 9/28 | X | X | Member Application & Agreement |
| 401 | | 9/28 | X | X | Account Statement 01/01/2018 |
| 402 | | 9/28 | X | X | Account Statement 02/01/2018 |
| 403 | | 9/28 | X | X | Account Statement 03/01/2018 |
| 404 | | 9/28 | X | X | Account Statement 04/01/2018 |
| 405 | | 9/28 | X | X | Account Statement 05/01/2018 |
| 406 | | 9/28 | X | X | Account Statement 06/01/2018 |
| 407 | | 9/28 | X | X | Account Statement 07/01/2018 |
| 408 | | 9/28 | X | X | Account Statement 08/01/2018 |
| 409 | | 9/28 | X | X | Account Statement 09/01/2018 |
| 410 | | 9/28 | X | X | Account Statement 10/01/2018 |
| 411 | | 9/28 | X | X | Copies of Deposited Items |

| | | | | | |
|---|---|---|---|---|---|
| 412 | | 9/28 | X | X | Transaction Receipts |
| 413 | | 9/28 | X | X | March 2018 Cashier's Check re Dorothy Bates |
| 414 | | 9/28 | X | X | May 2018 Cashier's Check re Dorothy Bates |
| 415, 415A-F | | 9/28 | X | X | Photos of Bindranauth in Bank |
| **BB&T RECORDS** | | | | | |
| 500 | | 9/28 | X | X | Account Opening Documents |
| 501 | | 9/28 | X | X | Account Statement 03/06/2019 |
| 502 | | 9/28 | X | X | Account Statement 04/05/2019 |
| 503 | | 9/28 | X | X | Account Statement 05/06/2019 |
| 504 | | 9/28 | X | X | Deposit Tickets |
| 505 | | 9/28 | X | X | Margaret Inghram Check |
| 506 | | 9/28 | X | X | Outgoing Wires |
| **BANK OF AMERICA RECORDS** | | | | | |
| 600 | | 9/28 | X | X | Account Opening Documents |
| 601 | | 9/28 | X | X | Deposits/Incoming Credits |
| 602 | | 9/28 | X | X | Account Statement 10/02/2018 to 10/19/2018 |
| 603 | | 9/28 | X | X | Account Statement 10/20/2018 to 11/19/2018 |
| 604 | | 9/28 | X | X | Account Statement 11/20/2018 to 12/18/2018 |
| 605 | | 9/28 | X | X | Account Statement 12/19/2018 to 01/18/2019 |
| 606 | | 9/28 | X | X | Account Statement 01/19/2019 to 02/15/2019 |
| 607 | | 9/28 | X | X | Account Statement 02/16/2019 to 03/19/2019 |
| 609A-609YY | | 9/28 | X | X | Screenshots of Bindranauth in Bank (USB) |
| 610, 610A-B | | 9/28 | X | X | Screenshot of Victim in Bank "Durango Springs" |
| 611 | | 9/28 | X | X | Video of Victims in Bank (USB) |

| | | | | | |
|---|---|---|---|---|---|
| 612 | | 9/28 | X | X | Video of Bindranauth in Bank (USB) |
| **INTERVIEW OF DEFENDANT** | | | | | |
| 701 | | 9/28 | X | X | May 2019 Interview of Defendant - Video – Part I (USB) |
| 701A-Z | | 9/28 | X | X | Clips of May 2019 Interview of Defendant Part I (USB) |
| 702 | | 9/28 | X | X | May 2019 Interview of Defendant - Video – Part II (USB) |
| 702A-K | | 9/28 | X | X | Clips of May 2019 Interview of Defendant Part II (USB) |
| 703 | | 9/28 | X | X | September 2019 Interview of Defendant Video (USB) |
| 703A-E | | 9/28 | X | X | Clips of September 2019 Interview of Defendant (USB) |
| **WELLS FARGO** | | | | | |
| 800 | | 9/27 | X | X | Consumer Account Application |
| 801 | | 9/27 | X | X | Account Statement 01/23/2019 |
| 802A | | 9/27 | X | X | Wells Fargo Recorded Call – January 29, 2019 (USB) |
| 802B | | 9/27 | X | X | Wells Fargo Recorded Call – January 29, 2019 (USB) |
| 802C | | 9/27 | X | X | Wells Fargo Recorded Call – January 29, 2019 (USB) |
| 802D | | 9/27 | X | X | Wells Fargo Recorded Call – February 4, 2019 (USB) |
| 802E | | 9/27 | X | X | Wells Fargo Recorded Call – February 4, 2019 (USB) |
| 803 | | 9/27 | X | X | Call Logs |
| 805 | | 9/27 | X | X | Closing Documents |
| **FIRST STATE BANK** | | | | | |
| 900 | | 9/28 | X | X | First State Bank Documents |
| **WITNESS DOCUMENTS** | | | | | |
| 1000 | | 9/27 | X | X | Chats from Chase Ruble |
| 1001 | | 9/27 | X | X | Dorothy Brown Money Orders to Sean Bindranauth |
| 1002 | | 9/27 | X | X | Dorothy Bates USPS Receipt to Sean Bindranauth |

| | | | | | |
|---|---|---|---|---|---|
| 1003 | | 9/27 | X | X | Dorothy Bates Checks |
| 1004 | | 9/27 | X | X | Karen Webster Wire Transfer Outgoing Request (Chase) |
| 1005 | | 9/27 | X | X | Kathleen Houser Wire Transfer to Sean Bindranauth |
| 1007 | | 9/27 | X | X | Dorothy Brown – Money Order for Sean Bindranauth |
| 1008 | | 9/27 | X | X | Dorothy Brown – Sean Bindranauth P.O. Box |
| 1009 | | 9/27 | X | X | Kathleen Tucker Wires |
| **SUMMARY WITNESS** | | | | | |
| 2000 | | 9/29 | X | X | Summary Chart by FDLE Analyst Nugent |
| 2001 | | 9/29 | X | X | Summary Chart by FDLE Analyst Nugent |
| 2002 | | 9/29 | X | X | Summary Chart by FDLE Analyst Nugent |