Acct # 7886

## Account Agreement

Date: 08/07/2018

**Institution Name & Address**
IBERIABANK
Kennedy
1000 Kennedy Drive
Key West, FL 33040-4019

**Internal Use:** 7886 Checking/Money Mkt
**Account Title & Address**
SEAN KERWIN BINDRANAUTH

Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

### Owner/Signer Information 1

| | |
|---|---|
| Name | SEAN KERWIN BINDRANAUTH |
| Relationship | Owner |
| Address | KEY WEST, FL 33040 |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | DL# Is 07/31/2018 Ex 2026 |
| Other ID (description, details) | |
| Employer | SELF EMPLOYED |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |
| Home Phone: | Mobile Phone: |
| Birth Date: | SSN/TIN: |

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: 1

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms & Conditions    ☒ Truth in Savings    ☒ Funds Availability
☒ Electronic Fund Transfers    ☒ Privacy    ☒ Substitute Checks
☐ Common Features    ☒ See pg. 2-Other Terms/Info

☐ Convenience Account Agent (See Owner/Signer Information for Convenience Account Agent designation(s).)

### Ownership of Account

The specified ownership will remain the same for all accounts.
(For consumer accounts, select and initial.)
☒ Single-Party Account  SKB   ☐ Multiple-Party Account
☐ Multiple-Party Account - Tenancy by the Entireties

☐ Sole Proprietorship or Single Member LLC    ☐ Partnership
☐ LLC-enter tax classification (☐ C Corp ☐ S Corp ☐ Partnership)
☐ C Corporation ☐ S Corporation ☐ _____
☐ Trust-Separate Agreement Dated: _____
☐

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): [ X /s/ Sean Bindranauth ]
SEAN KERWIN BINDRANAUTH
I.D. # _____ D.O.B. _____

### Beneficiary Designation

(Check appropriate ownership above - select and initial below.)
☒ Single-Party Account                    SKB
☐ Single-Party Account with Pay-On-Death (POD)
☐ Multiple-Party Account with Right of Survivorship
☐ Multiple-Party Account with Right of Survivorship and POD
☐ Multiple-Party Account without Right of Survivorship
☐

(2): [ X ]
I.D. # _____ D.O.B. _____

(3): [ X ]
I.D. # _____ D.O.B. _____

### Beneficiary Name(s), Address(es), and SSN(s)

(Check appropriate beneficiary designation above.)

(4): [ X ]
I.D. # _____ D.O.B. _____

Signature Card-FL
Bankers Systems™ VMP®
Wolters Kluwer Financial Services ©2015

Rev 7/25/2016
MPMP-LAZ-FL 3/15/2015
Page 1 of 2

**GOVERNMENT EXHIBIT 100**
19-10016-CR-KMM

Acct # 7886

## Owner/Signer Information 2

| Field | Value |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | |
| Other ID (description, details) | |
| Employer | |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |
| Home Phone: | Mobile Phone: |
| Birth Date: | SSN/TIN: |

## Owner/Signer Information 3

| Field | Value |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | |
| Other ID (description, details) | |
| Employer | |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |
| Home Phone: | Mobile Phone: |
| Birth Date: | SSN/TIN: |

## Owner/Signer Information 4

| Field | Value |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | |
| Other ID (description, details) | |
| Employer | |
| Previous Financial Inst. | |
| E-Mail | |
| Work Phone | |
| Home Phone: | Mobile Phone: |
| Birth Date: | SSN/TIN: |

**Important Account Opening Information.** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

## Non-Individual Owner Information

| Field | Value |
|---|---|
| Name | |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | |
| Previous Financial Inst. | |
| E-Mail | |
| Phone | |
| EIN: | Mobile Phone: |

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Checking/Money Mkt - Freedom | 7886 | $20,000.00 ☐ Cash ☒ Check ☐ |
| | | $ ☐ Cash ☐ Check ☐ |
| | | $ ☐ Cash ☐ Check ☐ |

## Services Requested

☐ ATM   ☐ Debit/Check Cards (No. Requested: _____)
☐ _____   ☐ _____
☐ _____   ☐ _____

## Backup Withholding Certifications

(If not a "U.S. Person", certify foreign status separately)

☒ By signing signature field (1) on this document, I certify under penalties of perjury that the statements made in this section are true and that I am a U.S. citizen or other U.S. person (as defined in the instructions).

☒ **Taxpayer I.D. Number - TIN:**
The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.

☒ **Backup Withholding.** I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients.** I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) _____

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

## Other Terms/Information

The Terms & Conditions that is part of this Account Agreement contains provisions for binding arbitration and waiver of jury trial. Your acceptance of this agreement includes your acceptance of and agreement to such provisions.

Signature Card-FL
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2015

Rev 7/25/2016
MPMP-LAZ-FL 3/15/2015
Page 2 of 2