```
11/14/18                    Wire Transfer Inquiry                      16:33:43
                               ** Incoming **
Credit Account
    Account Number...........          7886 D
    Beneficiary Name.......... SEAN BINDRANAUTH                         {4200}
    Beneficiary Address 1....
    Beneficiary Address 2.... MIAMI, FL 33169
    Beneficiary Address 3....

Transfer Amount..............           2,500.00                        {2000}
Business Function Code...... CTP                                        {3600}

Entered by. SYSTEM                       Initiated by.
Wire transfer fee........       15.00      Print notice..... C

Debit Account

    Originator Name.......... BRIAN D BROWN OR                          {5000}
    Originator Address 1..... DOROTHY N BROWN
    Originator Address 2.....
    Originator Address 3.....
                                                                     More...
F3=Exit            F6=Print            F12=Previous
```

GOVERNMENT EXHIBIT
**108**
19-10016-CR-KMM

```
11/14/18                    Wire Transfer Inquiry                    16:33:45
                                ** Incoming **
Credit Account
    Account Number...........         7886 D
    Account Name............. SEAN BINDRANAUTH




Sending Bank                                                          {3100}
    ABA Number...............  61000104    Bank Name: STB ATLANTA GA
    Address..................


Originator to beneficiary information:                                {6000}

                                                                      More...

F3=Exit                          F12=Previous
```

```
11/14/18                    Wire Transfer Inquiry                    16:33:46
                                 ** Incoming **
Credit Account
    Account Number...........            7886 D
    Account Name............. SEAN BINDRANAUTH

Transfer date............... 9/11/18
Transfer time............... 9:09:23
Workstation................. WT2100
User........................ SYSTEM
Transfer type............... Non-Repetitive
Repetitive code.............
Wire source code............ FD

Reference number............ 20180911 MMQFMP9H     234 0911 1009 FT03     {1120}

Type Subtype................                                              {1510}
    Type code............... 10
    Subtype code............ 00


                                                                      More...

F3=Exit            F6=Print            F12=Previous
```