```
11/14/18                    Wire Transfer Inquiry                      16:33:54
                               ** Incoming **
Credit Account
    Account Number...........        7886 D
    Beneficiary Name......... SEAN KERWIN BINDRANAUTH                   {4200}
    Beneficiary Address 1....
    Beneficiary Address 2....
    Beneficiary Address 3....

Transfer Amount..............        3,000.00                          {2000}
Business Function Code...... CTR                                       {3600}

Entered by. SYSTEM                       Initiated by.
Wire transfer fee........    15.00         Print notice..... C

Debit Account

    Originator Name.......... KAREN WEBSTER                            {5000}
    Originator Address 1.....
    Originator Address 2.....
    Originator Address 3.....
                                                                       More...
F3=Exit              F6=Print              F12=Previous
```

GOVERNMENT
EXHIBIT
109
19-10016-CR-KMM

```
11/14/18                    Wire Transfer Inquiry                     16:33:56
                               ** Incoming **
Credit Account
   Account Number...........         7886 D
   Account Name............. SEAN KERWIN BINDRANAUTH




Sending Bank                                                            {3100}
   ABA Number...............  21000021    Bank Name: JPMORGAN CHASE
   Address..................


Originator to beneficiary information:                                  {6000}

                                                                       More...
F3=Exit                              F12=Previous
```

```
11/14/18                       Wire Transfer Inquiry                 16:33:58
                                   ** Incoming **
Credit Account
    Account Number...........              7886 D
    Account Name............. SEAN KERWIN BINDRANAUTH

Transfer date............. 9/12/18
Transfer time............. 11:46:22
Workstation............... WT2100
User...................... SYSTEM
Transfer type............. Non-Repetitive
Repetitive code...........
Wire source code.......... FD

Reference number.......... 20180912 MMQFMP9H      544 0912 1246 FT03    {1120}

Type Subtype..............                                              {1510}
    Type code............. 10
    Subtype code.......... 00


                                                                       More...

F3=Exit            F6=Print              F12=Previous
```