```
   11/14/18                 Wire Transfer Inquiry                    16:34:04
                             ** Incoming **
Credit Account
    Account Number..........          7886 D
    Beneficiary Name........ SEAN KERWIN BINDRANAUTH                    {4200}
    Beneficiary Address 1....
    Beneficiary Address 2....
    Beneficiary Address 3....

Transfer Amount.............        2,055.49                           {2000}
Business Function Code...... CTP                                       {3600}

Entered by. SYSTEM                   Initiated by. TVASON
Wire transfer fee........      15.00      Print notice..... C

Debit Account

    Originator Name.......... JUDITH FRANCES HALL                      {5000}
    Originator Address 1.....
    Originator Address 2.....
    Originator Address 3.....
                                                                     More...
F3=Exit              F6=Print              F12=Previous
```

GOVERNMENT
EXHIBIT
**110**
19-10016-CR-KMM

11/14/18                    Wire Transfer Inquiry                    16:34:06
                              ** Incoming **
Credit Account
    Account Number...........        ████████7886 D
    Account Name............. SEAN KERWIN BINDRANAUTH




Sending Bank                                                          {3100}
    ABA Number...............  26002574    Bank Name: BARCLAYS BANK PLC
    Address..................


Originator to beneficiary information:                                {6000}
    FREIGHT CHARGE

                                                                     More...

F3=Exit                                  F12=Previous

```
   11/14/18                  Wire Transfer Inquiry                    16:34:08
                                ** Incoming **
Credit Account
     Account Number..........          7886 D
     Account Name............ SEAN KERWIN BINDRANAUTH

Transfer date.............. 9/24/18
Transfer time.............. 11:04:44
Workstation................ QPADEV005S
User....................... SYSTEM
Transfer type.............. Non-Repetitive
Repetitive code............
Wire source code........... FD

Reference number........... 20180924 MMQFMP9H    482 0924 1204 FTO3    {1120}

Type Subtype...............                                            {1510}
     Type code.............. 10
     Subtype code........... 00


                                                                      More...
F3=Exit            F6=Print              F12=Previous
```