

**Nancy**

Airplane Mode On

THU AT 11:58 AM

Baby I'm so sorry I went into the bank the lady said she can't help me with anything and please do not come back because they can't tell me anything they will send a letter to me I will take a picture and send it to you

I think all the banks are working together and this is what happened

THU AT 2:39 PM

Nancy missed your call.
↗ Thu at 2:39 PM

CALL AGAIN

Nancy missed your call.
↗ Thu at 2:40 PM

⬇ L AGAIN

GOVERNMENT
EXHIBIT
301A
19-10016-CR-KMM