

Phone screen showing text conversation with "Nancy":

> CALL AGAIN
>
> Please baby answer the phone there's a homeland security officer called me in today I'm going in at 3:30 to talk to them
>
> Don't know what's going on but I need you to understand if I get in trouble I'm going to be really pissed off
>
> **Nancy missed your call.**
> Thu at 2:41 PM
> CALL AGAIN
>
> **Nancy missed your call.**
> Thu at 2:42 PM
> CALL AGAIN
>
> **Nancy missed your call.**
> Thu at 2:43 PM
> CALL AGAIN

GOVERNMENT EXHIBIT
301B
19-10016-CR-KMM