

**Nancy**

to tell them your name

They're going to ask

> Nancy replied to you

Baby I'm going to go see a homeland security officer at 3:30 he wants to talk to me a...

We trade in gold

Everything has their hand in this they was already investigate in Western Union MoneyGram and now Banks talk to me

And you're sending to wife

> Nancy replied to you

Everything has their hand in this they was already investigate in Western Union...

Money gram and western union ain't co_ _g into this

GOVERNMENT EXHIBIT
301F
19-10016-CR-KMM