

**Nancy**

*Airplane Mode On*

union ain't coming into this

This is simply bank

And I don't know why they're so nosy

Sender said she called

She told them give Mr Sean money

I just want to know what to tell these guys that I'm going to go see

So we trade goal that's all I'm going to say

Yes

Me and my fiance Nancy Turney how did we meet

Expensive ointment if you wanna add

↳ Nancy replied to you

GOVERNMENT EXHIBIT
**301G**
19-10016-CR-KMM