

# Nancy Turney

You're friends on Facebook

Works at Modelo USA
Lives in Key West, Florida

SEP 22 AT 4:37 PM



Say hi to your new Facebook friend, Nancy.

**Nancy missed your call.**
↗ Sep 22 at 4:38 PM
CALL AGAIN

**Nancy missed your call.**
↗ Sep 22 at 4:39 PM
CALL AGAIN



Aa

      

GOVERNMENT EXHIBIT

**303A**

19-10016-CR-KMM