

**Photo Id:** 575284865890891

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:27:46 UTC
**Body** The money mailed by 8pm $25 goes to mom

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:27:31 UTC
**Body** Get going to beat time love, you'll remove just the sending fee from it

**Author** Sean Bindranauth (100024044772626)
**Sent** 2018-02-01 23:27:17 UTC
**Body** Lol

**Author** Sean Bindranauth (100024044772626)
**Sent** 2018-02-01 23:27:09 UTC
**Body** No I'm not that smart I've been doing dumb things and leave you in hanging

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:26:46 UTC
**Body** Lol I'm as smart as you're

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:26:38 UTC
**Body** Other times they just do it

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:26:32 UTC
**Body** But with a strong yes it'll be done

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:26:22 UTC
**Body** Just that they say shity words and start advising it's a scam and if you need to send, just for security

**Author** Sean Bindranauth (100024044772626)

GOVERNMENT
EXHIBIT
**308**
19-10016-CR-KMM

**Sent** 2018-02-01 23:26:00 UTC
**Body** Okay you're smart

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:25:47 UTC
**Body** Yes western union

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:25:41 UTC
**Body** You'll give them the info and they forward if they don't have the money

**Author** Sean Bindranauth (100024044772626)
**Sent** 2018-02-01 23:25:33 UTC
**Body** Western Union

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:25:18 UTC
**Body** Olukayode Ayodele

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:25:15 UTC
**Body** The name

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:25:05 UTC
**Body** You'll ask they help you forward it so you don't need cash

**Author** Sean Bindranauth (100024044772626)
**Sent** 2018-02-01 23:25:04 UTC
**Body** What address you're talking about

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:24:45 UTC
**Body** Then forward it to the address

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:24:36 UTC
**Body** If they don't have the money

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:24:29 UTC
**Body** You know some money were mailed

**Author** Sean Bindranauth (100024044772626)
**Sent** 2018-02-01 23:24:16 UTC
**Body** Some of the place don't have that much money to give

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:24:07 UTC
**Body** It's not meant to go in over weekend until next week

**Author** Nancy Turney (100015222317353)
**Sent** 2018-02-01 23:23:53 UTC
**Body** Don't wanna take your time, I hope you can get the money fixed today so I do what I need to tomorrow

**Author** Sean Bindranauth (100024044772626)